Kipp C. Leland (KL 0932)
HILL RIVKINS & HAYDEN LLP
45 Broadway
Suite 1500
New York, New York 10006
Attorneys for Plaintiffs

OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TSA CORPORATE SERVICES INC.

           Plaintiffs,

- against -

EVERGREEN AMERICA CORPORATION,
EVERGREEN MARINE CORPORATION,
EVERGREEN MARINE CORP. (TAIWAN) LTD.,
EVERGREEN INTERNATIONAL S.A., and
EVERGREEN INTERNATIONAL CORP.,
*in personam,* and the M/V EVER UNIFIC,
her engines, boilers, tackle, etc., *in rem.*

           Defendants.
------------------------------------------------------------X

07 CV 10350

**RULE 7.1 STATEMENT**



NOV 1 5 2007
U.S.... S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private, non-governmental parties) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

TSA CORPORATE SERVICES INC. is privately held.

Dated: New York, New York
      November 14, 2007

                        HILL RIVKINS & HAYDEN
                        Attorneys for Plaintiff,

                By: _____
                        Kipp C. Leland (KL-0932)
                        45 Broadway, Suite 1500
                        New York, New York 10006
                        212-669-0600