Kipp C. Leland (KL 0932)
HILL RIVKINS & HAYDEN LLP
45 Broadway
Suite 1500
New York, New York 10006
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TSA CORPORATE SERVICES INC.

            Plaintiffs,

  - against -

EVERGREEN AMERICA CORPORATION,
EVERGREEN MARINE CORPORATION,
EVERGREEN MARINE CORP. (TAIWAN) LTD.,
EVERGREEN INTERNATIONAL S.A., and
EVERGREEN INTERNATIONAL CORP.,
*in personam*, and the M/V EVER UNIFIC,
her engines, boilers, tackle, etc., *in rem*.

            Defendants.
-------------------------------------------------------------X

07-CV-10350 (JSR)

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08

This matter being settled between the parties, the above-captioned action is hereby dismissed with prejudice and without costs to any party.

Dated: New York, New York
       June 13, 2008

                                    HILL RIVKINS & HAYDEN
                                    Attorneys for Plaintiff,

                              By: _____
                                 Kipp C. Leland (KL-0932)
                                 45 Broadway, Suite 1500
                                 New York, New York, 10006
                                 212-669-0600

CICHANOWICZ CALLAN KEANE
VENGROWN AND TEXTOR LLP
Attorneys for Defendants,

By: _____
Paul Keane (PK-5939)
61 Broadway, Suite 3000
New York, New York, 10006
212-344-7042

SO ORDERED

_____
Jed S. Rakoff, U.S.D.J.

6-13-08